**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7
                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9     JASON B. OCHOA,

10                 Plaintiff,                           No.  C 11-06351 JSW

11         v.                                           **ORDER TO SHOW CAUSE**

12    OAKES CHILDREN'S CENTER,

13                 Defendant.
                                                    /
14

15         This matter was scheduled for an initial case management conference on Friday, March

16    30, 2011.  By the Court's Order issued on January 30, 2012, all parties were required to appear

17    through lead counsel at the Case Management Conference.  According to the caption, lead

18    counsel in this case is Michael T. Lucey, Esq., of Gordon & Rees, LLP.  However, Mr. Lucey is

19    not listed on the docket and he did not appear on behalf of Defendant for the Case Management

20    Conference.  Accordingly, Mr. Lucey is HEREBY ORDERED TO SHOW CAUSE why

21    sanctions in the amount of $1000.00 should not be imposed for his failure to comply with this

22    Court's January 30, 2012 Order.  Mr. Lucey's response to this Order to Show Cause shall be

23    due by April 6, 2012.

24    //

25    //

26    //

27    //

28    //

1      It is FURTHER ORDERED that Mr. Lucey shall send a communication to all litigation

2 partners and associates reminding them of the importance of strict compliance with this Court's

3 Orders.  Proof of this communication shall be filed with the response to the Order to Show

4 Cause.

5      **IT IS SO ORDERED.**

6

7 Dated: April 2, 2012                          _____
                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JASON B OCHOA,

               Plaintiff,

  v.

OAKES CHILDRENS CENTER et al,

               Defendant.
                                        /

Case Number: CV11-06351 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason B. Ochoa
1115 Stanyan Street
San Francisco, CA 94117

Dated: April 2, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk