IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON B. OCHOA,

    Plaintiff,                                         No. C 11-06351 JSW

    v.                                                   **ORDER TO SHOW CAUSE**

OAKES CHILDREN'S CENTER,

    Defendant.
_____/

    The Court has received and considered the Declaration of Michael T. Lucey in response to this Court's Order to Show Cause dated April 2, 2012. The Court shall DISCHARGE the Order to Show Cause without imposing sanctions.

    **IT IS SO ORDERED.**

Dated: April 9, 2012

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON B OCHOA,<br><br>    Plaintiff,<br><br>  v.<br><br>OAKES CHILDRENS CENTER et al,<br><br>    Defendant.<br>_____/ | Case Number: CV11-06351 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Jason B. Ochoa
1115 Stanyan Street
San Francisco, CA 94117

Dated: April 9, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk