United States District Court
Northern District of California

1
2
3
4
5
6
7     IN THE UNITED STATES DISTRICT COURT
8     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12  JASON B. OCHOA,                          Case No.: 11-cv-06351 JSC
13          Plaintiff,                       **ORDER APPOINTING COUNSEL**
14      v.
15
16  OAKES CHILDREN CENTER, INC.,
17          Defendant.
18
19      Because the Plaintiff Jason Ochoa has requested and is in need of counsel to assist him
20  in this matter and a volunteer attorney is willing to be appointed to undertake this
21  representation, Marc A. Pilotin, Esq., Lieff Cabraser Heimann & Bernstein, 275 Battery
22  Street, 29th Floor, San Francisco, CA 94111, is hereby appointed as counsel for Plaintiff
23  Jason Ochoa in this matter.
24      The scope of this referral shall be for:
25          ☐ all purposes for the duration of the case
26          ☒ the limited purpose of representing the litigant in the course of
27              ☒ mediation
28

☐ early neutral evaluation

☐ settlement conference

☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

_____

☐ discovery as follows:

_____

☐ other:

_____

The ADR Phone Conference currently scheduled for May 14, 2012 (Dkt. No. 37) is VACATED. A court-appointed mediator will contact counsel for both parties to schedule the mediation.

**IT IS SO ORDERED.**

Dated: May 9, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2