IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON B. OCHOA,<br><br>            Plaintiff,<br><br>   v.<br><br>OAKES CHILDREN CENTER, INC.,<br><br>            Defendant. | Case No.: 11-cv-06351 JSC<br><br>**ORDER APPOINTING COUNSEL** |

Because the Plaintiff Jason Ochoa has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation, Marc A. Pilotin, Esq., Lieff Cabraser Heimann & Bernstein, 275 Battery Street, 29th Floor, San Francisco, CA 94111, is hereby appointed as counsel for Plaintiff Jason Ochoa in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

　　☒ mediation

☐ early neutral evaluation

☐ settlement conference

☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

_____

☐ discovery as follows:

_____

☐ other:

_____

The ADR Phone Conference currently scheduled for May 14, 2012 (Dkt. No. 37) is VACATED.  A court-appointed mediator will contact counsel for both parties to schedule the mediation.

**IT IS SO ORDERED.**

Dated: May 9, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2