UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jason B. Ochoa,                                              No. C11-6351  JSC

               Plaintiff(s),

        v.                                                    **ORDER OF DISMISSAL**

Oakes Children Center, Inc.,

               Defendant(s).
_____/

      The Court  having been advised that the parties have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within  sixty (60) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

      IT IS SO ORDERED.

Dated: August 1, 2012

                            _____
                            Jacqueline Scott Corley
                            United States Magistrate Judge

**United States District Court**
For the Northern District of California